07-147-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

LAMBERT, DAVON A

CAPITOL HEIGHTS, MD 20743

Defendant

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| R0297782 | 10/28/2005 |
| CC21 | |
| SIMPLE ASSAULT | |

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

**FILED**
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ ___MANDATORY___ may be Forfeited in Lieu of Appearance.

Date  5/25/06

_[signature]_
United States Magistrate Judge
HON RITA COYNE FEDERMAN

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | 6/16/2006 | L.A. CA 90012 |

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| DATE USMS 333 Constitution Ave Washington DC 20001 | LOCATION |
|---|---|

Name  Stephenie Owens   Title  DUSM   District  D/DC
Date   4/25/07           Signature  _[signature]_

07-147-M-01

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 28 October, 2006 while exercising my duties as a law enforcement officer in the Central District of California:

Sgt Angela Mason/Dispatch received a call from A1C Laytonya Lambert who stated her husband, Davon Lambert had assaulted her. Laytonya stated she was at a friends dorm room with A1C Tijuanda Glenn and Davon. Glenn was talking on her phone, then went outside and handed the phone to Laytonya. Davon walked into the room, just as Laytonya handed the phone back to Tijuanda. Davon became irate and attempted to push Laytonya, pregnant Laytonya, to the ground. Davon argued with Laytonya and threw a glass at her. The glass shattered against a wall. Davon then threw a phone at Laytonya, striking her in the head and left arm. Davon then left the dorm and drove away. Davon was also underage and had been drinking during the day. All information on the front of this notice is incorporated by reference herein.

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

United States District Court
Violation Notice

Loc Code: CC-21
Violation No: R 0297782
Officer Name: VICEROY
Officer No: V8934

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: 28 Oct 06/ 2130 HRS
Offense Charged: Title 18 USC, Sec 13
Place of Offense: BLDG 13223 Room 304C VAFB
Offense Description: CPC 242 - Battery

Defendant Last Name: LAMBERT
First Name: DAVON
MI: A

Street Address: VANDENBERG AFB
City: CF State: CA Zip: 93437
Driver's License No: _____

Vehicle Tag No: N/A State: N/A Year: N/A Make: N/A Color: N/A

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address: U.S. Court, 1415 State St., Santa Barbara CA 93101
Date: TBD Time: TBD

Defendant (Sig): M/A

T0811-010