*Return Copy*

FILED

Rev 1/07

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

2007 MAY 14 PM 4:40

DISTRICT COURT
DIST. OF CALIF.
LOS ANGELES

Date: 5/8/07

Address of Other Court: United States District Court for the
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

FILED
MAY 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: CR 07-147M   USA v. Davon A. Lambert (DAR)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☐ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter dated 4/24/07, Commitment to Another District filed on 4/24/07 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk